

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-22-00757-CR

Skipper Jerome **BRYAN**, Jr.,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 218th Judicial District Court, Wilson County, Texas
Trial Court No. CRW2011294
Honorable Lynn Ellison, Judge Presiding

BEFORE JUSTICE WATKINS, JUSTICE RODRIGUEZ, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED, and appellate counsel's motion to withdraw is GRANTED.

SIGNED November 15, 2023.

_____
Beth Watkins, Justice